**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>JANE M. ATTOH<br><br>Debtor | Chapter 13<br><br>Case No. 18-13086-KHK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed December 27, 2018.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income;**
**Violation of 11 U.S.C. §1325(a)(3) – Good Faith:**

1) Debtor's latest (now third amendment) Amended 122C-1/C-2 (Dk. # 30) shows $838.25/mo. of Disposable Monthly Income, mandating a distribution of approximately $50,295 to unsecured creditors. Debtor proposes payments of only $807.30/mo. with a proposed distribution to unsecured creditors of 2%.
2) Debtor is above median, and Form 122C-1/C-2, if properly completed, would show $1,098.81/mo. in disposable income, mandating at least $65,928.60 be distributed to unsecured creditors. A worksheet containing Trustee's figures is attached hereto.
3) Debtor's lastest Plan is identical to the Plan filed November 5, 2018 and denied confirmation on December 13, 2018.
4) Trustee has not been provided a copy of Debtor's filed 2018 Income Tax Returns.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

**Notice of Objection To Confirmation**
Jane M. Attoh, Case # 18-13086-KHK

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on February 14, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _January 31, 2019_____               __/s/Thomas P. Gorman _____
                                            Thomas P. Gorman
                                            Chapter 13 Trustee
                                            300 N. Washington Street, #400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB 26421

**Notice of Objection To Confirmation**
Jane M. Attoh, Case # 18-13086-KHK

# CERTIFICATE OF SERVICE

  I hereby certify that I have this 31th day of January, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Jane M. Attoh | Ashvin Pandurangi |
| Chapter 13 Debtor | Attorney for Debtor |
| 9042 Harrover Place | AP Law Group, PLC |
| Lorton, VA 22079 | 7777 Leesburg Pike, Suite 402N |
| | Falls Church, VA 22043 |

        __/s/ Thomas P. Gorman_____
        Thomas P. Gorman

Form 122C-1 and 122C-2 Adjustments                                                                             Case # 18-13086-KHK
Jane M. Attoh

| # | Form 122C-1 | 122C-1 09/25/18 | 122C-1 10/25/18 | 122C-1 12/06/18 | 122C-1 12/21/18 | Trustee's Figures | Trustee's Basis For Difference |
|---|---|---|---|---|---|---|---|
| 11 | **Total ave. monthly income** | 7,481.00 | 11,681.00 | 11,717.00 | 11,717.00 | 11,717.00 | Trustee uses Debtor's figure |
| 14 | **Current Monthly** | 7,481.00 | 11,681.00 | 11,717.00 | 11,717.00 | 11,717.00 | |
| 16b | Number of people in household | 3 | 3 | 3 | 3 | 3 | Debtor's household of three includes Brother and Sister-in-law who's rent and contribution are now included in the above income. |
| 16c | **Median family income for household size** | 87,009.00 | 87,009.00 | 87,009.00 | 89,593.00 | 87,009.00 | Debtor erroneously uses Median Family Income figure for cases filed on or after Nov. 1, 2018 rather than correctly using the figure for cases filed between May 1, 2018 and Oct. 31, 2018, as Trustee uses. |
| 20b | Annualized Current Monthly Income | 89,772.00 | 140,172.00 | 140,604.00 | 140,604.00 | 140,604.00 | |
| # | Form 122C-2 | 122C-2 09/25/18 | 122C-1 10/25/18 | 122C-2 12/06/18 | 122C-2 12/21/18 | Trustee's Figures | Trustee's Basis For Difference |
| 12 | Vehicle operation | 0.00 | 0.00 | 221.00 | 221.00 | 221.00 | |
| 16 | Taxes | 0.00 | 0.00 | 1,203.00 | 1,203.00 | 2,725.33 | Trustee's figure reflects annual earning of $140,604.00 at effective fed. (12.30%), state (3.84%), and FICA (7.11%) rates. |
| 20 | Education | 0.00 | 0.00 | 800.00 | 800.00 | 0.00 | Trustee has not been provided with any supporting documentation in support of this allowance; additionally, there are no scheduled dependents. |
| 24 | **Total expenses** | 2,130.00 | 2,130.00 | 4,354.00 | 4,354.00 | 5,076.33 | See above adjustments. |
| 25 | Health & disability ins., etc. | 0.00 | 0.00 | 425.00 | 425.00 | 425.00 | Trustee's figure reflects Debtor's amended budget. |

1

Form 122C-1 and 122C-2 Adjustments                                                          Case # 18-13086-KHK
Jane M. Attoh

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | Additional food & clothing expenses | 0.00 | 0.00 | 46.00 | 46.00 | 0.00 | Trustee has not been provided with any supporting documentation in support of this allowance: allowance totals $1,152.00 and Debtor's budget schedules $150.00. |
| 32 | Total additional expense deductions | 0.00 | 0.00 | 471.00 | 471.00 | 425.00 | See above adjustments. |
| 33e | Total secured creditor monthly ave. payment | 4,485.48 | 4,485.48 | 4,485.48 | 4,485.48 | 4,332.60 | Trustee excludes timeshare payment since Debtor's Plan surrenders property. |
| 34 | Total secured creditor monthly payment | 634.87 | 634.87 | 671.07 | 671.07 | 687.41 | Trustee's figure reflects arrearage in Proof of Claim no. 9 in addition to Debtor's scheduled arrearage for an unfiled arrearage claim of the HOA. |
| 36 | Projected monthly Ch. 13 plan payment | 0.00 | 0.00 | 97.20 | 97.20 | 96.85 | Trustee's figure is based on a $1,333.66 monthly disposable income and a 8.1% multiplier. |
| 37 | Total debt payments | 5,120.35 | 5,120.35 | 5,253.75 | 5,253.75 | 5,116.86 | See above adjustments. |
| 38 | Total allowed | 7,250.35 | 7,250.35 | 10,078.75 | 10,078.75 | 10,618.19 | See above adjustments. |
| 39 | *Current Monthly* | 7,481.00 | 11,681.00 | 11,717.00 | 11,717.00 | 11,717.00 | |
| 40 | Dependent support income | 0.00 | 800.00 | 800.00 | 800.00 | 0.00 | Trustee has not been provided with any supporting documentation in support of this deduction: there are no scheduled dependents. |
| 42 | Total allowed | 7,250.35 | 7,250.35 | 10,078.75 | 10,078.75 | 10,618.19 | See above adjustments. |
| 44 | Total adjustments | 7,250.35 | 8,050.35 | 10,878.75 | 10,878.75 | 10,618.19 | See above adjustments. |

2

Form 122C-1 and 122C-2 Adjustments  
Jane M. Attoh

Case # 18-13086-KHK

| 45 | Monthly Disposable Income | 230.65 | 3,630.65 | 838.25 | 838.25 | 1,098.81 | Trustee's figure mandates a distribution of $65,928.60 to unsecured creditors. Debtor's latest amendment mandates $50,295.00 and the 2% Plan pays approximately $2,699.02 of $134,950.84 of unsecured debts (which figure includes scheduled amounts for US Dept. Edu. unfiled claim(s)). |
|----|---------------------------|--------|----------|--------|--------|----------|---|
|  | Additionally, Debtor appears to duplicate an undocumented deduction/allowance on lines #20 and #40. | | | | | | |